UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re | \* |
| | \* |
| JOHN PHILIP REED | \*   Case No. 09-11208-SSM |
| DIANE ALYSIA REED | \*   Chapter 7 |
| | \* |
| Debtors. | \* |

### REPORT OF DEPOSIT OF SMALL DIVIDEND

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividends due and payable to:

| **Creditor's name and Address** | **Amount of Dividend** |
|---|---|
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | $4.06 |

Date: 2/15/11

/s/ Donald F. King, Trustee
DONALD F. KING, TRUSTEE
Virginia State Bar #23125
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
703-218-2116

#1356473v1 REPORT OF SMALL DIVIDEND 31070/02184

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**UNION BANK OF CALIFORNIA**
1980 Saturn Street / / Monterey Park CA 91755

16-49/1220
**CHECK NUMBER**
**1014**

Donald F. King, Trustee
9302 Lee Highway
Suite 1100
Fairfax, VA 22031

**DATE**
2/15/2011

**AMOUNT**
$************4.06

**CASE NUMBER**
09-11208

**DEBTOR**
Debtor: JOHN PHILIP REED
Joint Debtor: DIANE ALYSIA REED

**PAY TO THE ORDER OF**

Clerk, U.S. Bankruptcy Court
200 S. Washington St.
Alexandria, VA 22314-5406

*Four Dollars And 06/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE

THIS CHECK VOID AFTER 90 DAYS

⑈001014⑈ ⑆122000496⑆ 21310390971⑈